**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LINA YOCASTA SANTANA,

                  Plaintiff,

    -against-                                      21 **CIVIL** 1041 (ER)

                                                           **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 23, 2023, despite the Commissioner's failure to object to the R&R, the Court has reviewed Magistrate Judge Cave's thorough and well-reasoned R&R and finds no error, clear or otherwise. The Court has therefore adopted Magistrate Judge Cave's recommendation to grant Santana's motion, deny the Commissioner's motion, and remand the case. For the foregoing reasons, Santana's motion for judgment on the pleadings is GRANTED and the Commissioner's cross motion is DENIED. The case is remanded for further proceedings.

**Dated:** New York, New York

       January 24, 2023

                                                          **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                              **BY:**      *K. Mango*

                                                            **Deputy Clerk**